

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00088-CV

IN RE DONALD W. DAVIS                                              RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and his motion for temporary relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of habeas corpus is denied and his motion for temporary relief is denied as moot.

Relator shall pay all costs of this original proceeding, for which let execution issue.

TERRIE LIVINGSTON
CHIEF JUSTICE

PANEL: LIVINGSTON, C.J.; MCCOY and WALKER, JJ.

MCCOY, J. would request a response and set a bond for relator's release.

DELIVERED: March 9, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).